# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| TIG Insurance Company, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-938 |
| City of Elkart, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Cooper, Defendant                                                                                                   .

Date:    01/08/2017                                                     s/Elliot Slosar
                                                                                    *Attorney's signature*

                                                                                    Elliot Slosar, 6315750
                                                                                    *Printed name and bar number*

                                                                                    Loevy & Loevy
                                                                                    311 N Aberdeen
                                                                                    Third Floor
                                                                                    Chicago, IL 60607
                                                                                    *Address*

                                                                                    elliot@loevy.com
                                                                                    *E-mail address*

                                                                                    (312) 243-5900
                                                                                    *Telephone number*

                                                                                    (312) 243-5902
                                                                                    *FAX number*