# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIG Insurance Company, *Plaintiff* <br> v. <br> City of Elkart, et al. *Defendant* | ) ) ) )  Case No. 17-cv-938 ) ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Cooper, Defendant.

Date: 01/08/2017

s/Jon Loevy
*Attorney's signature*

Jon Loevy,  6218254
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen
Third Floor
Chicago, IL 60607
*Address*

jon@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*