# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIG Insurance Company, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-938 |
| City of Elkart, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Cooper, Defendant                                                                                                          .

Date:   01/08/2017

s/Mike Kanovitz
*Attorney's signature*

Mike Kanovitz, 6275233
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen
Third Floor
Chicago, IL 60607
*Address*

mike@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*