# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIG Insurance Company, <br> *Plaintiff* <br> v. <br> City of Elkart, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 17-cv-938 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Cooper, Defendant .

Date: 01/08/2017

s/Gayle Horn
*Attorney's signature*

Gayle Horn, 6286427
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen
Third Floor
Chicago, IL 60607
*Address*

gayle@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*