# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIG Insurance Company,<br>*Plaintiff*<br>v.<br>City of Elkart, et al.<br>*Defendant* | )<br>)<br>) Case No. 17-cv-938<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Cooper, Defendant.

Date: 01/08/2017

s/Heather Lewis-Donnell
*Attorney's signature*

Heather Lewis-Donnell, 6290050
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen
Third Floor
Chicago, IL 60607
*Address*

heather@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*