# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| TIG Insurance Company | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-938 |
| City of Elkhart, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, National Casualty Company.

Date: 01/16/2018

s/ Lawrence D. Mason
*Attorney's signature*

Lawrence D. Mason, #34850-45
*Printed name and bar number*
Goldberg Segalla LLP
311 South Wacker Drive
Suite 2450
Chicago, IL 60606
*Address*

lmason@goldbergsegalla.com
*E-mail address*

(312) 572-8444
*Telephone number*

(312) 572-8401
*FAX number*