# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| TIG Insurance Company <br> *Plaintiff* <br> v. <br> City of Elkhart, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:17-cv-938 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, National Casualty Company .

Date: 01/19/2018

s/Patrick B. Omilian
*Attorney's signature*

Patrick B. Omilian  IN 23973-53
*Printed name and bar number*
Gerber Ciano Kelly Brady LLP
70 Niagara Street, Suite 211
Buffalo, NY 14202

*Address*

pomilian@gerberciano.com
*E-mail address*

(716) 249-4254
*Telephone number*

(716) 249-4254
*FAX number*