# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| TIG Insurance Company, | ) |
| Plaintiff, | ) ) ) ) Case No. 3:17-cv-938 |
| v. | ) ) |
| City of Elkhart, National Casualty Company, and Keith Cooper, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Lawrence D. Mason, attorney for Defendant National Casualty Company ("NCC"), moves this Court for an Order withdrawing his appearance on behalf of NCC pursuant to N.D. Ind. L.R. 83-8(c). In support of this motion, counsel states:

1. Mr. Mason previously entered his appearance for NCC in this action on January 16, 2018.

2. The defense of NCC is being assumed by Patrick B. Omilian of Gerber Ciano Kelly Brady LLP.

3. Mr. Omilian filed his appearance on behalf of NCC with this Court on January 19, 2018.

4. This Motion is not made for the purpose of delay, nor will withdrawal of representation by Mr. Mason in any manner prejudice the rights of the parties in this action.

WHEREFORE, Lawrence D. Mason requests that this Court enter an Order granting his Motion to Withdraw as counsel for Defendant, National Casualty Company.

Respectfully submitted,

GOLDBERG SEGALLA, LLP

By:     s/ *Lawrence D. Mason*
    *Attorneys for Defendant,*
    *National Casualty Company*

8259732.1

Lawrence D. Mason, Atty No.: 34850-45
Goldberg Segalla, LLP
311 South Wacker Drive, Suite 2450
Chicago, IL 60606
Phone: (312) 572-8400
Direct: (312) 572-8444
Fax: (312) 572-8401
E-mail: lmason@goldbergsegalla.com

**CERTIFICATE OF SERVICE**

       I certify that on January 23, 2018, a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

       By:    *s/ Lawrence D. Mason*
               Lawrence D. Mason, Atty No.: 34850-45
               311 South Wacker Drive, Suite 2450
               Chicago, IL 60606
               Phone: (312) 572-8444
               Fax: (312) 572-8401
               lmason@goldbergsegalla.com
               *Attorneys for Defendant, National Casualty Company*