# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TIG INSURANCE COMPANY;
    Plaintiff(s)

v.   **Civil Action No.**   3:17cv938

CITY OF ELKHART;
NATIONAL CASUALTY COMPANY;
KEITH COOPER;
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Jon E. DeGuilio   on a motion for   Dismissal.

DATE:   April 26, 2018

ROBERT TRGOVICH, CLERK OF COURT

by   S/ J. Darrah
*Signature of Clerk or Deputy Clerk*